UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
|  | * CIVIL ACTION NO. 2:18-cw-06371 |
| ANGEL MATHIEU AND CHEMEKA DOWNS | * JUDGE:  ELDON E. FALLON |
| VERSUS | * MAGISTRATE JUDGE: |
| SCOTTSDALE INSURANCE COMPANY, STATE FARM FIRE AND CASUALTY INSURANCE COMPANY, AND MANUEL GARRISON | * KAREN WELLS ROBY * * * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## DEFENDANTS' PRE-TRIAL INSERTS

1.

The pre-trial conference in this matter is set for November 25, 2019 at 8:45 a.m.

2.

### COUNSEL IN ATTENDANCE

Nahum D. Laventhal for Defendants, Scottsdale Insurance Company, D.E. Jones, Inc. and Manuel Garrison.

Plaintiff, Chemeka Downs, is currently unrepresented.

3.

### PARTIES

a) Chemeka Downs – Plaintiff; alleged passenger in vehicle driven by Angel Mathieu;

b) Manuel Garrison – Defendant; driver of vehicle owned by himself, involved in accident with vehicle driven by Angel Mathieu;

c) D.E. Jones, Inc. – Defendant; was in trucking lease agreement with Manuel Garrison;

d) Scottsdale Insurance Company – Defendant; insurer of D. E. Jones, Inc.

4.

**JURISDICTION**

Because Plaintiff's domicile is Louisiana, and D.E. Jones, Inc. and Manuel Garrison are domiciled in Arkansas, there is complete diversity of citizenship among plaintiff and defendants. In addition, the amount in controversy exceeds the required amount for Federal jurisdiction.

5.

**PENDING MOTIONS**

There are currently no motions pending in this matter, which is set for trial on December 9, 2019.

6.

**ESTABLISHED FACTS**

1. On March 30, 2017 a motor vehicle accident occurred on Pontchartrain Expressway in Orleans Parish, Louisiana, involving Manuel Garrison and Angel Mathieu.
2. National Casualty Company issued a policy of liability insurance to D.E. Jones, Inc. Said policy was in full force and effect at the time of the motor vehicle accident, subject to the terms, conditions and limitations of its policy.
3. On March 30, 2017 Manuel Garrison was employed by D.E. Jones, Inc. and was in the course and scope of his employment with D.E. Jones, Inc. at the time of the subject accident.

7.

## CONTESTED FACTS

1. The specific details of the accident and how it occurred.

2. The injuries alleged by the Plaintiff were minor and unrelated to the treatment rendered to her;

3. The nature, extent and source of the medical necessity of medical treatment sought and received by Plaintiff was not necessary;

4. The force of impact and/or damage sustained by the vehicles was minor;

5. The amount of general and special damages the plaintiff is entitled to recover as a result of this motor vehicle accident is restricted to the short duration of the soft tissue injury incurred.

## CONTESTED ISSUES OF LAW

1. All those issues of law inherent in the Contested Issues of Fact listed above;

2. The medical causation of the claimed injuries of plaintiff;

3. The liability of the defendants;

4. The amount of general damages sustained by the plaintiff;

5. The amount of special damages sustained by the plaintiff;

6. The plaintiff's entitlement to any award for loss of economic capacity/economic loss/future wage loss and/or past wage loss;

7. Whether plaintiff's claimed medical expenses are related to the accident, and incurred as a result of the accident;

8. Whether the low-impact accident was the cause of the injuries claimed by the plaintiff, and whether defendants are liable for the medical expenses then incurred.

**DEFENDANTS' EXHIBIT LIST**

1. Certified copy of the insurance policy issued by National Casualty Company to D.E. Jones, Inc. and/or Manuel Garrison;

2. Any and all certified copies records of any healthcare provider who has ever treated and/or examined the plaintiff, Chemeka Downs, and previously exchanged in discovery, including those listed by plaintiff herein, and those records not included in plaintiff's listing;

3. Any and all property damage estimates of either vehicle involved in the subject accident;

4. Any and all photographs of both vehicles involved in the subject accident;

5. Plaintiff's tax returns;

6. Employment records of plaintiff;

7. Sketches, diagrams and/or charts that may be used by defendants' witnesses with regard to claims of economic losses and damages allegedly sustained by the plaintiffs;

8. Regarding impeachment, arrest/conviction records, Miami-Dade County

9. Any exhibit listed by any other party.

**DEFENDANTS' MAY CALL WITNESS LIST**

1. Chemeka Downs;

2. Manuel Garrison;

3. David Jones;

4. New Orleans Police officer-Jonathan Broom;

5. Damian LeBeaud;

6. Mario Solomon;

7. Wayne Winkler-Accident Reconstruction and Consulting;

8. Any health care provider who have treated plaintiffs, Chemaka Downs, Angel Mathieu or Kevin Mathieu, either prior to or subsequent to the incident at issue including but not limited to the following:

   a. Eric Lonseth, MD;

   b. Suneil Jolly, MD;

   c. John Hamide, MD;

   d. Samer Shamieh, MD;

   e. Jennifer Lapeyolerie, MD;

   f. Metropolitan Health Group;

   g. Daughters of Charity;

   h. Louisiana Pain Specialists;

   i. Open Sided MRI;

   j. University Medical Center;

   k. Tulane Medical Center;

   l. New Orleans East Hospital;

   m. New Orleans East Medical Rehab;

   n. Causeway Interventional Medicine;

   o. One Spine Institute;

   p. Ponchartrain Orthopedics;

   q. Kenner Procedure;

   r. Bausey Medical Solutions;

      s. Ochsner Medical Center;

      t. Crescent View Surgery Center.

9. Any witness necessary for rebuttal and/or impeachment purposes; and

10. Any and all witnesses listed or called by any party to this litigation.

Defendants reserve their right to supplement and amend the foregoing list of witnesses for good cause shown or via court order.

## JURY/NON-JURY CASE

This is a jury case, and all issues will be tried by the jury. However, defendants are currently in discussion as to whether to waive the jury and have this tried as a bench trial.

## LIABILITY

Liability will not be tried separately from that of quantum.

Respectfully Submitted,

**LAW OFFICE OF KIMBERLY G. ANDERSON**

s/Nahum D. Laventhal
NAHUM D. LAVENTHAL (#1476)
3850 N. Causeway Boulevard, Suite 1230
Metairie, LA 70002
Telephone: (504) 837-9107
Facsimile: (855) 810-2532
Email: nahum.laventhal@nationwide.com
Counsel for Scottsdale Insurance Company, D.E. Jones, Inc. and Manuel Garrison

CERTIFICATE OF SERVICE

I certify that a copy of the above and foregoing pleading has been served upon all counsel of record via CM/ECF filing this 19th day of November, 2019.

/s/Nahum D. Laventhal
Nahum D. Laventhal